_____ FILED _____ LODGED
_____ RECEIVED
Nov 07, 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge David W. Christel

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-mj-05396 |
| Plaintiff, | COMPLAINT for VIOLATION |
| v. | Title 18, United States Code, Section 922(g)(1) |
| ISAIAH M. CAMPBELL, | |
| Defendant. | |

BEFORE, DAVID W. CHRISTEL, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about October 4, 2023, in Pierce County, within the Western District of Washington, ISAIAH M. CAMPBELL, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Conspiracy to Distribute Cocaine*, in United States District Court for the Western District of Washington, under case number 2:09-CR-353, on or about June 25, 2010;

COMPLAINT/CAMPBELL - 1
USAO #: 2023R01186

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Smith & Wesson, Model SD9VE, 9mm handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Kit K. Radosevich, being first duly sworn on oath, depose and say:

**AFFIANT BACKGROUND**

1.      I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.      I, Kit Radosevich, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since 2015. As a Special Agent, I am authorized to investigate violations of laws of the United States, and to execute warrants issued under the authority of the United States. I am familiar with and have received formal training regarding the enforcement of federal firearms, arson, and explosives laws, including completion of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, and ATF's Special Agent Basic Training Program in Glynco, Georgia. During my employment, I have also conducted, and participated in a variety of investigations, including investigations into violations of federal firearms laws. Prior to joining the ATF, I worked as a corporate accountant, and I maintain a license as a Certified Public Accountant (CPA).

3.      The information set forth in this affidavit is based upon my own investigation, police reports, the investigation conducted by others, and the details related to me by others familiar with this matter. Because this affidavit is made for the limited purpose of establishing probable cause, I have not listed each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary

COMPLAINT/CAMPBELL - 2
USAO #: 2023R01186

to establish probable cause to believe that ISAIAH M. CAMPBELL committed the aforementioned crime.

## SUMMARY OF INVESTIGATION

4. In June of 2023, the Tacoma Police Department (TPD) initiated an investigation into CAMPBELL as a distributor of controlled substances during a Loitering for Purpose of Drug Activity (LPDA) Set Mission conducted in numerous Stay Out of Drug Areas (SODA) in Pierce County. These Set Missions are operations assigned to Special Investigations Division (SID) officers who are tasked with performing surveillance and arrests in areas where numerous complaints of drug activity are received.

5. During these Set Missions, TPD officers observed CAMPBELL conducting what appeared to be hand-to-hand drug transactions around the City of Tacoma. Officers identified the transactions they observed as hand-to-hand drug transactions because the behavior exhibited is consistent with other subjects known to deal narcotics. Numerous individuals would approach the driver's side window of CAMPBELL's vehicle on foot, briefly speak, exchange items with the driver, quickly conceal the items, then leave shortly after the exchange. This activity would repeat in the same manner with various individuals over a short period of time in known SODA areas.

6. Additional surveillance operations conducted on CAMPBELL indicated he resided at 2063 East 44th St, Tacoma, WA, and drove a 2013, black BMW 650Ci, bearing Washington license plate #BUL6767. Washington Department of Licensing records revealed the vehicle to be registered in his name. An employment history request through Washington State Employee Security Department revealed that CAMPBELL did not receive any reported wages within the scope of the request, from January 1st, 2021, to Present.

7. Information provided to TPD officers from reliable confidential informants familiar with CAMPBELL further confirmed CAMPBELL was a prolific narcotics dealer in the Pierce/King County areas and is known to carry a firearm.

COMPLAINT/CAMPBELL - 3
USAO #: 2023R01186

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. Officers utilized a Seattle Police Narcotics K9 assigned to Officer Shaub to conduct a sweep of CAMPBELL's vehicle while parked in the alley parking area of CAMPBELL's residence in early morning hours. Officer Shaub advised his Narcotics K9 indicated/alerted to the vehicle that narcotics were or are present.

9. Between August and September of 2023, TPD continued to conduct surveillance on CAMPBELL and observed numerous interactions with other individuals that again appeared to be hand-to-hand drug transactions. TPD officers also saw CAMPBELL regularly utilizing his BMW 650Ci, bearing Washington license plate #BUL6767 to conduct these transactions.

10. On October 4, 2023, TPD conducted a surveillance operation on CAMPBELL to locate and surveil CAMPBELL. During that surveillance operation, TPD officers observed CAMPBELL driving his BMW 650Ci, bearing Washington license plate #BUL6767. TPD officers observed CAMPBELL meet with a male in a Mercedes. CAMPBELL and the male were then seen driving to a warehouse, this warehouse has different rooms or sections that are leased by large legal marijuana grow businesses. CAMPBELL was seen walking towards the door of the large main gray warehouse. Approximately 25 minutes later, CAMPBEL reappeared carrying a large black bag. Afterwards, CAMPBELL and the male driving the Mercedes left the marijuana distribution center and drove to a nearby secluded parking lot. TPD officers observed CAMPBELL and the driver of the Mercedes loitering around their vehicles in the parking lot. There, TPD officers observed what appeared to be a transaction between CAMPBELL and the driver of the Mercedes. Officers believed this to be a hand-to-hand drug transaction. After this suspected transaction, both men shook hands and returned to their respective vehicles. TPD officers instructed marked TPD units to contact CAMPBELL and the driver of the Mercedes immediately after observing the drug transaction occur.

11. As the uniformed officers approached CAMBELL's vehicle, CAMPBELL attempted to leave the area by reversing at a high rate of speed. Patrol cars with active

COMPLAINT/CAMPBELL - 4
USAO #: 2023R01186

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

red and blue lights pursued CAMPBELL.  CAMPBELL damaged and disabled his vehicle when he attempted to flee officers in his vehicle by driving through a fence.  The contacting officer noted that prior to CAMPBELL exiting the vehicle, CAMPBELL had been reaching around the vehicle in the vicinity of the center console.   CAMPBELL then ran from his vehicle, pursued by officers on foot, and was apprehended after attempting to climb over a fence with razor wire.  Officers reported there was no use of force taking CAMPBELL into custody.  CAMPBELL was the only occupant of his vehicle at the time officers pursued him.

12.    CAMPBELL agreed to speak with officers post-*Miranda,* but after being briefly questioned about his activity, CAMPBELL stated he was done answering questions.   Due to injuries CAMPBELL sustained from razor wire, he was taken to the hospital for treatment and later released.

13.    On October 4, 2023, TPD officers obtained a Pierce County Superior Court search warrant for CAMPBELL's BMW 650Ci, bearing Washington license plate #BUL6767.  During the execution of the search warrant, a Smith & Wesson, Model SD9VE, 9mm handgun, was located tucked between the driver seat and center console.  The firearm was reported solen under TPD case #2121800955. Also recovered from the car was 12.91 pounds of marijuana separated into numerous clear plastic bags and some lumped together in large trash bags.

14.    On or about October 27, 2023, I conducted research on the firearm for purposes of determining interstate nexus.  Through my training and experience, along with resources available to the ATF including proprietary documentation, direct contact with manufacturers, and consultation experts within ATF, I determined that the firearm is a "firearm" as defined by federal law, and that the firearm was not manufactured in the State of Washington.  As a result, the firearm must have traveled in, and thereby affected, interstate or foreign commerce, in order to be received or possessed in the State of Washington.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

15.    I have reviewed CAMPBELL's criminal history and observed he has multiple felony convictions punishable by imprisonment for a term exceeding one year, each of which would federally prohibit him from possessing firearms. One of these convictions is:

*Conspiracy to Distribute Cocaine*, in United States District Court for the Western District of Washington, under case number 2:09-CR-353, on or about June 25, 2010;

16.    A review of the Judgment in the 2010 case indicates that CAMPBELL pled guilty to the charge and was sentenced to a total term of 78 months' imprisonment. The defendant and his lawyer were present at sentencing.

17.    Based on the above facts, I respectfully submit that there is probable cause to believe that CAMPBELL committed the aforementioned crime.

Kit K. Radosevich, Complainant
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 7th day of November 2023.

DAVID W. CHRISTEL
United States Magistrate Judge

COMPLAINT/CAMPBELL - 6
USAO #: 2023R01186

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970